1

**The Honorable Robert S. Lasnik**

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8 **AT SEATTLE**

9

10 UNITED STATES OF AMERICA, | NO.  2:15-MC-00045-RSL

11            Plaintiff, |    (2:14-CR-0056-1)

12     vs. | **Order Terminating**
**Garnishment Proceeding**
13 DONALD RUSSELL,

14      Defendant/Judgment Debtor,

15    and

16 THE LIGHTHOUSE FOR THE BLIND,
INC.,
17

     Garnishee.
18

19      This matter came before the Court on the United States' Application to

20 Terminate Garnishment Proceeding.  For the reasons stated in the United

21 States' Application, the Court concludes that this Garnishment should be
22

23 terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C).

24      IT IS ORDERED that the garnishment is terminated and that The

25 Lighthouse For The Blind, Inc. is relieved of further responsibility pursuant to
26

27 this garnishment.

28 *//*

---

**ORDER TERMINATING GARNISHMENT PROCEEDING**
*(USA v. Donald Russell and The Lighthouse For The Blind, Inc.,* USDC#: 2:15-MC-
00045-RSL/2:14-CR-0056-1) - 1

Dated this 27th day of June, 2018.

JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
*(USA v. Donald Russell and The Lighthouse For The Blind, Inc.,* USDC#: 2:15-MC-
00045-RSL/2:14-CR-0056-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970